# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-164-APG-VCF |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| vs. | |
| STEVE TORRES, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until **November 1, 2019 at the hour of 10:30 a.m.**

Dated: October 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

3