RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Steve Torres

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE TORRES,<br><br>　　　　Defendant. | Case No. 2:18-cr-00164-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Steve Torres, that the Revocation Hearing currently scheduled on July 29, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties agree that the revocation hearing should be continued to allow time for Mr. Torres to complete a substance use assessment and begin treatment.

　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Edward D. Penetar<br>EDWARD D. PENETAR<br>Assistant United States Attorney |

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. |   |
| STEVE TORRES, |   |
| Defendant. |   |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 29, 2025 at 10:00 a.m., be vacated and continued to October 1, 2025 at the hour of 9:30 a.m. in Las Vegas Courtroom 6C.

DATED this 24th day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE