# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GENERAL DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 292(b)) |

  Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **David G. Campbell**, United States Senior District Judge for the District of Arizona, to temporarily perform the duties of United States District Judge on an as-needed basis for the **District of Nevada** beginning on September 2, 2025, and ending on December 31, 2025, and for such additional time required in advance to prepare or thereafter to complete unfinished business.

  DATED this 2nd day of September 2025.

Mary H. Murguia
Chief Circuit Judge