RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Steve Torres

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE TORRES,<br><br>        Defendant. | Case No. 2:18-cr-00164-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Executive Assistant United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Steve Torres, that the Revocation Hearing currently scheduled on October 28, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

      This Stipulation is entered into for the following reasons:

      1.    Mr. Torres filed a motion on October 21, 2025, requesting various forms of relief, including disqualification of Sigal Chattah from supervising this case and any government attorneys in the handling of this case. (ECF No. 125.)

2. The Court issued an order transferring the motion to the Honorable David G. Campbell, United States Senior District Judge for the District of Arizona. (ECF No. 127.)

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 23rd day of October, 2025.

RENE L. VALLADARES  
Federal Public Defender

By */s/ Rick Mula*  
RICK MULA  
Assistant Federal Public Defender

SUE FAHAMI  
Executive Assistant United States Attorney

By */s/ Edward D. Penetar*  
EDWARD D. PENETAR  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE TORRES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 28, 2025 at 1:30 p.m., be vacated and continued to <u>December 2, 2025</u> at the hour of <u>10:30 a</u>.m. in Courtroom 6C.

DATED this <u>24th</u> day of October, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE