RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Steve Torres

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| STEVE TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Steve Torres, that the Revocation Hearing currently scheduled on January 8, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Court held a revocation hearing on December 2, 2025, accepted admissions to certain violations, and held sentencing in abeyance for 30 days. (ECF No. 136.) The Court scheduled sentencing for Thursday, January 8, 2026. (*Id.*)

2. On January 6, 2026, Mr. Torres was arrested and accused of additional violations.

3. Defense counsel understands that probation will be seeking the statutory maximum sentence of 24 months based on the new violations alleged on January 6, 2026. Accordingly, defense counsel requires additional time to prepare for sentencing.

4. For scheduling purposes, defense counsel will be unavailable the last week of February 2026.

5. The defendant is in custody.

6. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 7th day of January, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Brian Whang<br>BRIAN WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE TORRES,<br><br>　　　　Defendant. | Case No. 2:18-cr-00164-APG-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 8, 2026 at 10:30 a.m., be vacated and continued to February 12, 2026 at the hour of 9:00 a.m. in LV Courtroom 6C.

　　　DATED this 7th day of January, 2026.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3