UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>STEVE TORRES,<br><br>      Defendant. | Case No. 2:18-cr-00164-APG-VCF<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 21, 2026 at the hour of 1:00 p.m., be vacated and continued to February 25, 2026 at the hour of  2 :00  p .m.

      DATED this  14th day of January, 2026.

                                                                                                                    UNITED STATES MAGISTRATE JUDGE