RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Steve Torres

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Fifth Request) |
| STEVE TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Steve Torres, that the Revocation Hearing currently scheduled on February 12, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The Court held a revocation hearing on December 2, 2025, accepted admissions to certain violations, and held sentencing in abeyance for 30 days. (ECF No. 136.) The Court scheduled sentencing for Thursday, January 8, 2026. (*Id.*)

2.    On January 6, 2026, Mr. Torres was arrested and accused of additional violations.

3.    Defense counsel understands that probation will be seeking the statutory maximum sentence of 24 months based on the new violations alleged on January 6, 2026. Accordingly, defense counsel requires additional time to prepare for sentencing.

4.    Defense counsel has not received any discovery to support the allegations in the petition.

5.    Defense counsel will need time to review the discovery once received and investigate the allegations.

6.    The defendant is in custody and agrees with the need for a continuance.

7.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

8.    For scheduling purposes, defense counsel will be unavailable the last week of February 2026.

This is the fifth request for a continuance of the revocation hearing.

DATED this 14th day of January, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General

By /s/ Rick Mula
RICK MULA
Assistant Federal Public Defender

By /s/ Brian Whang
BRIAN WHANG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE TORRES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 12, 2026 at 9:00 a.m., be vacated and continued to March 19, 2026 at the hour 10:00 a.m. in LV Courtroom 6C.

DATED this 16th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3