**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE TORRES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 25, 2026 at the hour of 2:00 p.m., be vacated and continued to  April 27, 2026  at the hour of   3 : 00  p.m. in LV Courtroom 3B.

DATED this 19th  day of February, 2026.

_____

UNITED STATES MAGISTRATE JUDGE