**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE TORRES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 19, 2026 at 10:00 a.m., be vacated and continued to May 12, 2026 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 23rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3