**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
|       Plaintiff, | **ORDER** |
|    v. | |
| STEVE TORRES, | |
|       Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 27, 2026 at the hour of 3:00 p.m., be vacated and continued to  May 29, 2026  at the hour of  11:00  a .m.  in LV Courtroom 3A.

DATED this  15th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3