**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE TORRES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 29, 2026 at the hour of 11:00 a.m., be vacated and continued to __June 10, 2026__ at the hour of __3_:00__ _p_.m.

DATED this ____ day of May, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3