RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Steve Torres

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| STEVE TORRES, | (Eighth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Steve Torres, that the Revocation Hearing currently scheduled on June 9, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The parties are requesting a new preliminary hearing date that is unlikely to be set before the June 9, 2026 revocation hearing.

2.      Counsel for the government expects to be unavailable June 22, 2026, through June 26, 2026.

3. The defendant is in custody.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the eighth request for a continuance of the revocation hearing.

DATED this 15th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

By */s/ Brian Whang*
BRIAN WHANG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00164-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVE TORRES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 9, 2026 at 10:00 a.m., be vacated and continued to July 28, 2026 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 18th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3